UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

KYLE RICHARDS #641715,
KENNETH PRUITT #708518,
ROBERT KISSEE #575639,

    Plaintiff,

v

THOMAS PERTTU,

    Defendant.

NO. 2:20-cv-76

HON. HALA Y. JARBOU

MAG. MAARTEN VERMAAT

---

KYLE B. RICHARDS #641715,

    Plaintiff,

v

THOMAS PERTTU,

    Defendant.

NO. 2:20-cv-122

HON. HALA Y. JARBOU

MAG. MAARTEN VERMAAT

---

KYLE B. RICHARDS #641715,
KENNETH PRUITT #708518, and
ROBERT KISSEE #575639,

    Plaintiffs,

v

KRISTOPHER TASKILA, THOMAS
PERTTU, and STEVE NIEMI,

    Defendants.

NO. 2:20-cv-194

HON. PAUL L. MALONEY

MAG. MAARTEN VERMAAT

---

Kyle B. Richards #641715
*In Pro Per*
Baraga Correctional Facility
13924 Wadaga Rd.
Baraga, MI 49908-9204

Joseph Y. Ho (P77390)
Assistant Attorney General
Attorney for MDOC Defendants
  Taskila, Perttu & Niemi
Mich. Dep't of Attorney General

| | |
|---|---|
| Kenneth D. Pruitt #708518<br>*In Pro Per*<br>Baraga Correctional Facility<br>13924 Wadaga Road<br>Baraga, MI 49908-9204 | MDOC Division<br>P.O. Box 30217<br>Lansing, MI 48909<br>(517) 335-3055<br>hoj@michigan.gov |

Robert L. Kissee #575639
*In Pro Per*
Macomb Correctional Facility
34625 26 Mile Road
Lenox Township, MI 48048
_____/

## MDOC DEFENDANTS' INDEX OF EXHIBITS

A. MDOC Policy Directive 03.02.130, "Prisoner/Parolee Grievances" (eff. March 18, 2019) (No. 2:20-cv-76, PageID.128–135)

B. MDOC Policy Directive 03.03.140, "Prison Rape Elimination Act (PREA) and Prohibited Sexual Conduct Involving Prisoners" (eff. April 24, 2017) (No. 2:20-cv-76, PageID.137–146)

C. Richards' Grievance Records (updated versions attached)
 1) Step III Grievance Report & Relevant Grievances
 2) AMF Grievance Summary Report
 3) PREA/AIM Database Search Results

D. Pruitt's Grievance Records (updated versions attached)
 1) Step III Grievance Report & Relevant Grievances
 2) AMF Grievance Summary Report
 3) PREA/AIM Database Search Results

E. Kissee's Grievance Records (updated versions attached)
 1) Step III Grievance Report & Relevant Grievances
 2) AMF Grievance Summary Report
 3) PREA/AIM Database Search Results