Defendant's Exhibit C1:

MDOC Defendants will be filing an updated version of Richards' Step III Grievance Report and Relevant Grievances as soon as it is available; in the meantime, please refer to No. 2:20-cv-194, ECF No. 49-3, PageID.271–330.