# Defendant's Exhibit C2:

# AMF Grievance Summary Report

# Prisoner Grievance Summary Report

| Grievance | Number | Name | Facility | Issue | I Recd | I Dec | II Recd | II Dec | III Recd | III Dec |
|---|---|---|---|---|---|---|---|---|---|---|
| 20182996 | 641715 | RICHARDS | AMF | 29Z | 12/19/2018 | d | | N | | |
| 20191760 | 641715 | RICHARDS | AMF | 28B | 8/21/2019 | x | 1/31/2020 | x | 5/6/2020 | x |
| 20191778 | 641715 | RICHARDS | AMF | 22G | 8/27/2019 | r | 2/4/2020 | d | 6/12/2020 | d |
| 20191840 | 641715 | RICHARDS | AMF | 27A | 9/5/2019 | x | 2/4/2020 | x | 5/6/2020 | x |
| 20192011 | 641715 | RICHARDS | AMF | 28E | 10/3/2019 | d | 1/31/2020 | x | 4/30/2020 | d |
| 20192422 | 641715 | RICHARDS | AMF | 28E | 12/3/2019 | x | 2/21/2020 | x | 6/12/2020 | x |
| 20192546 | 641715 | RICHARDS | AMF | 28B | 12/27/2019 | x | 1/14/2020 | x | 3/12/2020 | x |
| 20192547 | 641715 | RICHARDS | AMF | 27B | 12/27/2019 | x | 1/14/2020 | x | 3/3/2020 | x |
| 20192548 | 641715 | RICHARDS | AMF | 27B | 12/27/2019 | x | 1/14/2020 | x | 3/18/2020 | x |
| 20200006 | 641715 | RICHARDS | AMF | 22B | 1/7/2020 | r | 2/10/2020 | d | 4/30/2020 | d |
| 20200029 | 641715 | RICHARDS | AMF | 28B | 1/7/2020 | x | 1/22/2020 | x | 3/12/2020 | x |
| 20200138 | 641715 | RICHARDS | AMF | 14E | 1/27/2020 | d | 2/21/2020 | d | 6/12/2020 | d |
| 20200139 | 641715 | RICHARDS | AMF | 28I | 1/27/2020 | d | 2/28/2020 | d | 5/27/2020 | x |
| 20200188 | 641715 | RICHARDS | AMF | 15B | 1/31/2020 | d | 2/21/2020 | d | 6/12/2020 | d |
| 20200288 | 641715 | RICHARDS | AMF | 17A | 2/20/2020 | r | 3/18/2020 | d | 7/23/2020 | d |
| 20200383 | 641715 | RICHARDS | AMF | 27Z | 3/3/2020 | x | 3/18/2020 | x | 7/27/2020 | x |
| 20200437 | 641715 | RICHARDS | AMF | 15F | 3/10/2020 | d | 4/16/2020 | d | 9/1/2020 | d |
| 20200438 | 641715 | RICHARDS | AMF | 21Z | 3/10/2020 | r | 4/16/2020 | d | 9/1/2020 | d |
| 20200544 | 641715 | RICHARDS | AMF | 28B | 3/24/2020 | x | 4/16/2020 | x | 9/16/2020 | x |
| 20200588 | 641715 | RICHARDS | AMF | 08A | 3/31/2020 | r | 5/5/2020 | d | 9/1/2020 | d |
| 20200641 | 641715 | RICHARDS | AMF | 28B | 4/9/2020 | x | 4/28/2020 | x | 9/16/2020 | x |
| 20200651 | 641715 | RICHARDS | AMF | 28B | 4/10/2020 | x | 4/28/2020 | x | 9/16/2020 | x |
| 20200654 | 641715 | RICHARDS | AMF | 12B1 | 4/14/2020 | d | | N | | |
| 20200655 | 641715 | RICHARDS | AMF | 09AT | 4/14/2020 | d | 5/5/2020 | d | 9/1/2020 | d |
| 20200657 | 641715 | RICHARDS | AMF | 28B | 4/14/2020 | x | 5/5/2020 | x | 9/16/2020 | x |
| 20200658 | 641715 | RICHARDS | AMF | 27C | 4/14/2020 | x | 5/5/2020 | x | 9/16/2020 | x |
| 20200659 | 641715 | RICHARDS | AMF | 28A | 4/14/2020 | x | 5/5/2020 | x | 8/12/2020 | x |
| 20200660 | 641715 | RICHARDS | AMF | 27C | 4/14/2020 | x | 5/5/2020 | x | 9/16/2020 | x |
| 20200661 | 641715 | RICHARDS | AMF | 28A | 4/14/2020 | x | 5/5/2020 | x | 8/12/2020 | x |
| 20200853 | 641715 | RICHARDS | AMF | 28F | 5/13/2020 | x | | N | | |
| 20201555 | 641715 | RICHARDS | AMF | 21Z | 9/18/2020 | d | | N | | |
| 20201556 | 641715 | RICHARDS | AMF | 15B | 9/18/2020 | d | | N | | |
| 20201800 | 641715 | RICHARDS | AMF | 15F | 10/27/2020 | d | 12/2/2020 | d | 5/17/2021 | d |
| 20201951 | 641715 | RICHARDS | AMF | 15F | 12/1/2020 | d | | N | | |

| Grievance | Number | Name | Facility | Issue | I Recd | I Dec | II Recd | II Dec | III Recd | III Dec |
|---|---|---|---|---|---|---|---|---|---|---|
| 20202152 | 641715 | RICHARDS | AMF | 28G | 12/29/2020 | x | 1/19/2021 | x | 5/13/2021 | x |
| 20210033 | 641715 | RICHARDS | AMF | 28B | 1/8/2021 | x | 2/2/2021 | x | | |
| 20210038 | 641715 | RICHARDS | AMF | 28B | 1/8/2021 | x | 2/2/2021 | x | 5/13/2021 | x |
| 20210535 | 641715 | RICHARDS | AMF | 15E | 4/8/2021 | d | | N | | |
| 20210536 | 641715 | RICHARDS | AMF | 26I | 4/8/2021 | d | 5/12/2021 | d | 10/4/2021 | D |
| 20210589 | 641715 | RICHARDS | AMF | 26I | 4/15/2021 | d | 5/12/2021 | d | 10/4/2021 | D |
| 20210594 | 641715 | RICHARDS | AMF | 28E | 4/15/2021 | x | 5/12/2021 | x | 10/4/2021 | X |