# Defendant's Exhibit C3:

# PREA/AIM Database Search Results



Incident Finder

MDOC Nbr: 641715      HRMN Nbr:

Last Name:            First Name:

Reference Type: AIM Nbr        Number:

Sort Criteria
AIM Nbr                         ⦿ Ascending    ◯ Descending

| AIM Nbr | Incident Date | Complaint Date | Incident Status | Incident Location | Investigation Type |
|---|---|---|---|---|---|
| 4538 | 10/18/2007 | 11/15/2007 | Closed | THUMB CORRECTIONAL FACILITY | |
| 8796 | 05/03/2012 | 05/05/2012 | Closed | BELLAMY CREEK CORRECTIONAL FACILI | Location Investigation |
| 15321 | 09/04/2015 | 09/04/2015 | Closed | ST. LOUIS CORRECTIONAL FACILITY | Location Investigation |
| 19461 | 12/05/2016 | 12/13/2016 | Closed | ALGER CORRECTIONAL FACILITY | Location Investigation |
| 19683 | 01/07/2017 | 01/11/2017 | Closed | ALGER CORRECTIONAL FACILITY | Location Investigation |

5 rows retrieved

Search   Clear   OK   New   Cancel         More