# Defendant's Exhibit D1:

# Step III Grievance Report & Relevant Grievances

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

KYLE RICHARDS #641715,
ROBERT KISSEE #575639,
KENNETH PRUITT #708518        NO. 2:20-cv-194

    Plaintiff,              HON. PAUL L. MALONEY

v                            MAG. PHILLIP J. GREEN

HEIDI WASHINGTON, KRISTOPHER
TASKILA, RUM PERTTU, RUM NIEMI,
JOSEPH GASPER and THOMAS
RAJALA,

    Defendants.

---

| | |
|---|---|
| Kyle Richards #641715<br>*In Pro Per*<br>Baraga Correctional Facility<br>13924 Wadaga Road<br>Baraga, MI 49908-9204 | Raina Korbakis (P49467)<br>Attorney for MDOC Defendants<br>Assistant Attorney General<br>Michigan Department of Attorney General<br>MDOC Division<br>P.O. Box 30217 |
| Robert Kissee #575639<br>*In Pro Per*<br>Macomb Correctional Facility<br>34625 26 Mile Road<br>Lenox Township, MI 48048 | Lansing, MI 48909<br>(517) 335-3055 |
| Kenneth Pruitt #708518<br>*In Pro Per*<br>Baraga Correctional Facility<br>Baraga Correctional Facility<br>13924 Wadaga Road<br>Baraga, MI 49908-9204 | |

_____/

**AFFIDAVIT FOR STEP III GRIEVANCES**

I, Carolyn Nelson, Departmental Analyst, hereby certify that the attached MDOC

Prisoner Step III Grievance Report is a true and accurate copy of the report generated for

Kenneth Pruitt, #708518. This report is taken from the Michigan Department of Corrections

(MDOC) database that tracks all prisoner/parolee grievances filed at Step III, which have been

responded to at Step III. Following the report is a true and correct copy of the underlying grievance documentation received at Step III for the grievance referenced in the report. For grievances not checked in the last column, the grievance has been received but a response has not been completed as of the date of the report. This report and the grievance(s) attached are regularly compiled and maintained in the course of the operation of the MDOC.

*Carolyn Nelson*
Carolyn Nelson, Departmental Analyst

Subscribed and sworn to before me, a Notary Public,
on the  25  day of    May                , 2021

*Nicole Willson*
Nicole Willson - Notary Public
Eaton County, State of Michigan
My commission expires: 8/24/2023
Notarized using electronic/remote technology



# MDOC Prisoner Step III Grievance Report

### 1/1/2015 to Present

| Prisoner #: | 708518 | Last Name: | Pruitt | | First Name: | Kenneth |

| Step III Rec'd | Grievance Identifier | Grievance Catagory | Facility | Step I Received Date | Resolved | Partially Resolved | Denied | Rejected | Closed | Date Mailed |
|---|---|---|---|---|---|---|---|---|---|---|
| 2/23/2021 | AMF-21-01-0084-28A | 28A | 2 | 1/14/2021 | ☐ | ☐ | ☐ | ☑ | ☑ | 5/12/2021 |

Notes:



GRETCHEN WHITMER
GOVERNOR

# STATE OF MICHIGAN
## DEPARTMENT OF CORRECTIONS
## LANSING

HEIDI E. WASHINGTON
DIRECTOR

### STEP III GRIEVANCE DECISION

Rec #: 124556

28A

| | |
|---|---|
| **To Prisoner:** | Pruitt  #: 708518 |
| **Current Facility:** | AMF |
| **Grievance Identifier:** | AMF-21-01-0084-28A |
| **Step III Received:** | 2/23/2021 |

Your Step III appeal has been reviewed and considered by the Grievance Section of the Office of Legal Affairs in accordance with PD 03.02.130, "Prisoner/Parolee Grievances".

### THE REJECTION IS UPHELD.

THIS DECISION CANNOT BE APPEALED WITHIN THE DEPARTMENT.   MAY 1 2 2021

*[signature]*

**Richard D. Russell, Manager Grievance**
**Section, Office of Legal Affairs**

CC: Warden, Current Facility:
    Warden, Grieved Facility:  AMF

# PRISONER/PAROLEE GRIEVANCE APPEAL FORM

Date Received by Grievance Coordinator: 2/4/2021

RECEIVED FEB 0 4 2021 BY: [signature]

Grievance Identifier: A M F 2 1 0 1 | 8 4 2 8 A

**INSTRUCTIONS:** THIS FORM IS ONLY TO BE USED TO APPEAL A STEP I GRIEVANCE.
The white copy of the Prisoner/Parolee Grievance Form CSJ-247A (or the goldenrod copy if you have not been provided with a Step I response in a timely manner) MUST be attached to the white copy of this form if you appeal it at both Step II and Step III.

RECEIVED FEB 2 3 2021 AMF Office of Legal Affairs

If you should decide to appeal the Step I grievance response to Step II, your appeal should be directed to: __AMF__
Grievance Office By 2/4/2021

If you should decide to appeal the response you receive at Step II, you should send your Step III Appeal to the Director's Office, P.O. Box 30003, Lansing, Michigan, 48909.

| Name (Print first, last) | Number | Institution | Lock Number | Date of Incident | Today's Date |
|---|---|---|---|---|---|
| Pruitt | 708518 | AMF | 3-121 | 1-3-2021 | 1-21-21 |

**STEP II — Reason for Appeal**

Now I'am writing this Step 2 grievances because Sgt. C. Borgen in Sgt. L. Jurve put me and a cell without any cell inspection where I find a piece of razor blade sitting right on top of the foot locker plus before they put me in that Cell Sgt. C. Borgen try to put her fingers and my faces threatening me to put a spit mask over my faces cause my faces mask came down why being and medical plus Sgt. C. Borgen and Sgt. L. Jurve used excessive use of force before putting me in that Cell. I wrote to more grievances and a few complaints and PREA.

**STEP II — Response**

*\* SEE ATTACHED*

Date Received by Step II Respondent:

Respondent's Name (Print): K. TASKILA WARDEN
Respondent's Signature: [signature]
Date: 02/08/2021

Date Returned to Grievant: 2/9/2021

**STEP III — Reason for Appeal**

NOTE: Only a copy of this appeal and the response will be returned to you.
STEP III — Director's Response is attached as a separate sheet.

DISTRIBUTION: White – Process to Step III; Green, Canary, Pink – Process to Step II; Goldenrod – Grievant

Richards Bench Trials

Defs' Ex. D1
Page 5 of 8

## SECOND STEP GRIEVANCE RESPONSE

| Pruitt | 708518 | 3-121 |
|---|---|---|
| **Prisoner** | **Number** | **Lock** |

| AMF | 21-01-84 | 28a |
|---|---|---|
| **Facility** | **Grievance ID Number** | **Issue Code** |

Your Step 1 rejection is being upheld by the Warden's Office in accordance with PD 03.02.130 *Prisoner Parolee Grievances*.

### *THE REJECTION IS UPHELD AT STEP II*

_____   02/08/2021
Warden's signature                              Date

# MICHIGAN DEPARTMENT OF CORRECTIONS
## PRISONER/PAROLEE GRIEVANCE FORM

RECEIVED JAN 14 2021 BY: TH

4835-4247 10/94
CSJ-247A

Date Received at Step I: 1/14/2021  Grievance Identifier: AMF 2101 1 8428a

**Be brief and concise in describing your grievance issue.** If you have any questions concerning the grievance procedure, refer to PD 03.02.130 and OP 03.02.130 available in the prison Law Library.

| Name (print first, last) | Number | Institution | Lock Number | Date of Incident | Today's Date |
|---|---|---|---|---|---|
| KDamone Pruitt Junior | 708518 | AMF | 3-C-123 | 1-3-2021 | 1-4-2021 |

What attempt did you make to resolve this issue prior to writing this grievance? On what date? January 4-2021
If none, explain why. I spoke to Sgt. C. Borgen the morning after what she did to me yesterday I told Sgt. C. Borgen that I feel they is trying to sit me up because I find a piece of razor blade and my cell sitting right on top of my footlocker. And Sgt. C. Borgen look at me and told me to put it and her hands why Laughing and my faces.

State problem clearly. Use separate grievance form for each issue. Additional pages, using plain paper, may be used. Four copies of each page and supporting documents must be submitted with this form. The grievance must be submitted to the Grievance Coordinator in accordance with the time limits of OP 03.02.130. I'am writing this grievances on Sgt. C. Borgen and Sgt. L. Jurva in the move team because after Sgt. C. Borgen in the move team did what they did to me and Showerstall #38 took me to medical and Sgt. C. Borgen tryed to put her fingers and my faces threatening me to put a spit mask over my face cause my faces mask came down and one of the move team officer's had pocked me and my eye with his finger putting me in the move team sit outta the Showerstall #38. Once I left medical I was put and Cell 123 where I find a piece of razor blade sitting right on top of my foot locker door and I told every CO that Sunday afternoon till Monday morning when I seeing Sgt. C. Borgen making her rounds. This is a Violation of policy cause where did the piece of razor blade come from and why Sgt. C. Borgen starte Laughing. I'am feared for my life and will being and asking for a transfer

Kenneth D Pruitt Junior
Grievant's Signature

RESPONSE (Grievant Interviewed?)  ☐ Yes  ☒ No  If No, give explanation. If resolved, explain resolution.

Your grievance is being returned to you without processing for the issue listed is a duplicate to AMF-21-01-28-26a which has already been processed. Per PD 03.02.130 duplicate issue grievances will not be processed.
Grievance is rejected.

| Respondent's Signature | Date 1/14/2021 | Reviewer's Signature | Date 1/15/21 |
|---|---|---|---|
| Respondent's Name (Print) HAMEL | Working Title CRR | Reviewer's Name (Print) | Working Title ADW |

| Date Returned to Grievant: 1/20/2021 | If resolved at Step I, Grievant sign here. Resolution must be described above. | Grievant's Signature | Date |
|---|---|---|---|

DISTRIBUTION: White, Green, Canary, Pink — Process to Step One; Goldenrod — Grievant

Richards Bench Trials

Defs' Ex. D1
Page 7 of 8

TO Ms. Heidi Washington

I'am writing in regards to my safety and well being and human rights. I'm in constant far for my life for numerous reasons. As recorded in my prisoner file I have an "Grievant's" on officer's like Sgt. C. Borgen and Sgt. L. Jurva, CO M. Skytta, CO Wilson and other officer at this facility. Who's regular staff in Unit 3 where I'm being housed. I'm constantly getting harrassed by these's officer's and Sgt's. Now I recently justs came back to the whole in since then I have received numerous threat's of physical, emotional, harm and intemidation from these's officer's, CO M. Skytta, CO Wilson, CO N. Lanctot, CO Dove, CO Coronado, CO Dessellie, CO Larson and Sgt. C. Borgen and Sgt. L. Jurva and RUM T. Perttu, Since 2017, 2018, 2019, 2020, 2021 on to this year and these's are the officer's names. that made threats towards me. There is retaliation going on right now his I write this. Now I'm bring this matter to your attention to be addressed upon my safety, and to be corrected because my life has been threatened. The only remedy to rectify the matter is to place a Spon on me and the officer's and Sgt. C. Borgen, Sgt. L. Jurva. I don't want this matter to move any farther forward to where I'm hurt or I'm forced to defend myself. Ms. Heidi Washington I'm writing you because I would like your help please and thank you.

Signature:
Kenneth Damone Pruitt Junior 708518
Date: 2-16-2021
Kenneth Damone Pruitt Junior