# Defendant's Exhibit D2:

# AMF Grievance Summary Report

# Prisoner Grievance Summary Report

| Grievance | Number | Name | Facility | Issue | I Recd | I Dec | II Recd | II Dec | III Recd | III Dec |
|---|---|---|---|---|---|---|---|---|---|---|
| 20190425 | 708518 | PRUITT | AMF | 28B | 2/20/2019 | x | | N | | |
| 20191168 | 708518 | PRUITT | AMF | 27Z | 6/3/2019 | x | | N | | |
| 20191864 | 708518 | PRUITT | AMF | 28B | 9/10/2019 | x | | N | | |
| 20192376 | 708518 | PRUITT | AMF | 01H | 11/22/2019 | r | | N | | |
| 20200712 | 708518 | JUNIOR | AMF | 21C | 4/21/2020 | d | | N | | |
| 20201032 | 708518 | PRUITT | AMF | 22C | 6/23/2020 | d | | N | | |
| 20201094 | 708518 | PRUITT | AMF | 17B | 7/1/2020 | d | | N | | |
| 20201246 | 708518 | PRUITT | AMF | 11G | 7/27/2020 | d | | N | | |
| 20201362 | 708518 | PRUITT | AMF | 17A | 8/14/2020 | d | | N | | |
| 20201405 | 708518 | PRUITT | AMF | 17F | 8/18/2020 | d | | N | | |
| 20201406 | 708518 | PRUITT | AMF | 09DT | 8/18/2020 | d | | N | | |
| 20201464 | 708518 | PRUITT | AMF | 08H | 8/27/2020 | d | 10/1/2020 | d | | |
| 20201517 | 708518 | PRUITT | AMF | 17A | 9/10/2020 | d | | N | | |
| 20201591 | 708518 | PRUITT | AMF | 17Z | 9/23/2020 | d | | N | | |
| 20210028 | 708518 | PRUITT | AMF | 26A | 1/8/2021 | d | 2/17/2021 | d | | |
| 20210058 | 708518 | PRUITT | AMF | 26A | 1/12/2021 | d | 2/17/2021 | d | | |
| 20210083 | 708518 | PRUITT | AMF | 28C | 1/14/2021 | x | | N | | |
| 20210084 | 708518 | PRUITT | AMF | 28A | 1/14/2021 | x | 2/4/2021 | x | 5/17/2021 | x |
| 20210270 | 708518 | PRUITT | AMF | 17B | 2/17/2021 | d | | N | | |
| 20210316 | 708518 | PRUITT | AMF | 28E | 2/24/2021 | x | 3/9/2021 | x | | |
| 20210368 | 708518 | PRUITT | AMF | 17A | 3/11/2021 | d | | N | | |
| 20210517 | 708518 | PRUITT | AMF | 01B | 4/7/2021 | d | | N | | |
| 20210806 | 708518 | PRUITT | AMF | 17I | 6/3/2021 | d | | N | | |
| 20210909 | 708518 | PRUITT | AMF | 28E | 6/17/2021 | x | | N | | |
| 20210973 | 708518 | PRUITT | AMF | 01Z | 6/30/2021 | d | | N | | |
| 20211206 | 708518 | PRUITT | AMF | 28B | 8/9/2021 | x | | N | | |
| 20211324 | 708518 | PRUITT | AMF | 01G | 8/27/2021 | d | | N | | |