# Defendant's Exhibit D3:

# PREA/AIM Database Search Results

