# Defendant's Exhibit E1:

# Step III Grievance Report & Relevant Grievances

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

KYLE RICHARDS #641715,
ROBERT KISSEE #575639,
KENNETH PRUITT #708518     NO. 2:20-cv-194

    Plaintiff,                          HON. PAUL L. MALONEY

v                                          MAG. PHILLIP J. GREEN

HEIDI WASHINGTON, KRISTOPHER
TASKILA, RUM PERTTU, RUM NIEMI,
JOSEPH GASPER and THOMAS
RAJALA,

    Defendants.

_____

Kyle Richards #641715                    Raina Korbakis (P49467)
*In Pro Per*                                  Attorney for MDOC Defendants
Baraga Correctional Facility            Assistant Attorney General
13924 Wadaga Road                  Michigan Department of Attorney General
Baraga, MI 49908-9204              MDOC Division
                                             P.O. Box 30217
Robert Kissee #575639               Lansing, MI 48909
*In Pro Per*                                  (517) 335-3055
Macomb Correctional Facility
34625 26 Mile Road
Lenox Township, MI 48048

Kenneth Pruitt #708518
*In Pro Per*
Baraga Correctional Facility
Baraga Correctional Facility
13924 Wadaga Road
Baraga, MI 49908-9204
_____/

**AFFIDAVIT FOR STEP III GRIEVANCES**

      I, Carolyn Nelson, Departmental Analyst, hereby certify that the attached MDOC

Prisoner Step III Grievance Report is a true and accurate copy of the report generated for Robert

Kissee, #575639. This report is taken from the Michigan Department of Corrections (MDOC)

database that tracks all prisoner/parolee grievances filed at Step III, which have been responded

to at Step III. Following the report is a true and correct copy of the underlying grievance documentation received at Step III for the grievance referenced in the report that is highlighted and marked with an "X." For grievances not checked in the last column, the grievance has been received but a response has not been completed as of the date of the report. This report and the grievance(s) attached are regularly compiled and maintained in the course of the operation of the MDOC.

*Carolyn Nelson*
Carolyn Nelson, Departmental Analyst

Subscribed and sworn to before me, a Notary Public,
on the  25  day of _____May_____, 2021

*Nicole Willson*
Nicole Willson - Notary Public
Eaton County, State of Michigan
My commission expires: 8/24/2023
Notarized using electronic/remote technology



# MDOC Prisoner Step III Grievance Report

**1/1/2015 to Present**

**Prisoner #:** 575   **Last Name:** Kissee   **First Name:** o ert

| Step III Rec'd | Grievance Identifier | Grievance Catagory | Facility | Step I Received Date | Resolved | Partially Resolved | Denied | Rejected | Closed | Date Mailed |
|---|---|---|---|---|---|---|---|---|---|---|
| 10/8/2020 | AMF-20-0 -154 -2 | 2 | 2 | /1 /2020 | ☐ | ☐ | ☐ | ☑ | ☑ | 12/ /2020 |

Notes:

| 3/11/201 | AMF-1 -02-0330-1 | 1 | 2 | 2/1/201 | ☐ | ☐ | ☑ | ☐ | ☑ | / /201 |

Notes:

| 3/ /201 | AMF-1 -02-0355-1 | 1 | 2 | 2/3/201 | ☐ | ☐ | ☑ | ☐ | ☑ | 3/22/201 |

Notes:

| 3/8/201 | AMF-1 -02-040 -28 | 28 | 2 | 2/ /201 | ☐ | ☐ | ☐ | ☑ | ☑ | 3/22/201 |

Notes:



**STATE OF MICHIGAN**

GRETCHEN WHITMER
GOVERNOR

**DEPARTMENT OF CORRECTION**
**LANSING**

HEIDI E. WASHINGTON
DIRECTOR

### STEP III GRIEVANCE DECISION

Rec #: 120471

27B

**To Prisoner:** Kissee   #: 575639

**Current Facility:** ~~AMF~~ MRF

**Grievance Identifier:** AMF-20-09-1549-27B

**Step III Received:** 10/8/2020

Your Step III appeal has been reviewed and considered by the Grievance Section of the Office of Legal Affairs in accordance with PD 03.02.130, "Prisoner/Parolee Grievances".

**THE REJECTION IS UPHELD.**

THIS DECISION CANNOT BE APPEALED WITHIN THE DEPARTMENT.

*[signature]*

**Richard D. Russell, Manager Grievance Section, Office of Legal Affairs**

MAILED DEC - 7 2020

CC: Warden, Current Facility:   AMF
    Warden, Grieved Facility:

# PRISONER/PAROLEE GRIEVANCE APPEAL FORM

CSJ-247B

Date Received by Grievance Coordinator: 9/29/2020

Grievance Identifier: | A | M | F | 2 | 0 | 0 | 9 | 1 | 5 | 4 | 9 | 2 | 7 | B |

RECEIVED SEP 2 9 2020 BY: TM

RECEIVED – MDOC OCT 08 2020 Office of Legal Affairs

**INSTRUCTIONS:** THIS FORM IS ONLY TO BE USED TO APPEAL A STEP I GRIEVANCE.
The white copy of the Prisoner/Parolee Grievance Form CSJ-247A (or the goldenrod copy if you have not been provided with a Step I response in a timely manner) **MUST** be attached to the white copy of this form if you appeal it at both Step II and Step III.

If you should decide to appeal the Step I grievance response to Step II, your appeal should be directed to: AMF Grievance Office By 10/7/2020

If you should decide to appeal the response you receive at Step II, you should send your Step III Appeal to the Director's Office, P.O. Box 30003, Lansing, Michigan, 48909.

| Name (Print first, last) | Number | Institution | Lock Number | Date of Incident | Today's Date |
|---|---|---|---|---|---|
| Kissee | 575639 | AMF | 5-124 | 9-1-20 | 9-25-20 |

**STEP II — Reason for Appeal**

ISSUE IS UNRESOLVE BECAUSE IT THE RESPONSE IT STATES ONCE A TV IS AVAILABLE I WILL RECEIVE ONE BUT I'M BEING TOLD DUE TO ME BEING ON STG I WILL NOT BE ABLE TO PARTAKE IN THE PROGRAM IN GP BUT IN SEG I CAN I'M NOT GIVEN THE PROGRAM ITSELF BUT GRIEVED HOW AMF STAFF IS CONDUCTING THE PROGRAM MAKING UP THERE OWN WAY THEY WANT TO RUN THE PROGRAM BEING TOLD DUE TO ME BEING ON STG I CAN'T RECEIVE A TV OR PARTAKE IN THE PROGRAM BUT IN THE STEP 1 RESPONSE CONTRADICTS THAT.

**STEP II — Response**

\* SEE ATTACHED

Date Received by Step II Respondent:

Respondent's Name (Print): K. TASKILA A/WARDEN
Respondent's Signature: [signature]
Date: 09/30/2020
Date Returned to Grievant: 10/1/2020

**STEP III — Reason for Appeal** ISSUE UNRESOLVED IT IS BEING STATED THAT WHILE IN SEG I CAN PARTAKE IN THE INSENTIVE PROGRAM BUT NOT IN GP SO I AM BE REWARDED TO GO TO SEG?? IT VIOLATES FAIR/EQUAL TREATMENT WHATS FAIR FOR ONE PRISONER SHALL BE EQUAL FOR ALL PRISONER my RESOLUTION I BE GIVE A TV AS I AM WELL PASS THE CRITERIA TO RECEIVE ONE & STOP USEING THE INSENTIVE AS A WAY TO DECRIMEATE AGENST INMATE.

**NOTE:** Only a copy of this appeal and the response will be returned to you.

**STEP III** — Director's Response is attached as a separate sheet.

DISTRIBUTION: White – Process to Step III; Green, Canary, Pink – Process to Step II; Goldenrod – Grievant

Richards Bench Trials

Defs' Ex. E1
Page 5 of 7

## SECOND STEP GRIEVANCE RESPONSE

| Kissee | 575639 | 5-124 |
|---|---|---|
| **Prisoner** | **Number** | **Lock** |

| AMF | 20-09-1549 | 27b |
|---|---|---|
| **Facility** | **Grievance ID Number** | **Issue Code** |

Your Step I rejection is being upheld by the Warden's Office in accordance with PD 03.02.130 *Prisoner Parolee Grievances*.

### *THE REJECTION IS UPHELD AT STEP II*

_____       09/30/2020
Warden's signature             Date

Richards Bench Trials

Defs' Ex. E1
Page 6 of 7

RECEIVED
SEP 17 2020
BY: JA

| | | 4835-4247 10/94 |
|---|---|---|
| MICHIGAN DEPARTMENT OF CORRECTIONS | | CSJ-247A |
| PRISONER/PAROLEE GRIEVANCE FORM | | |

Date Received at Step I  9/17/2020   Grievance Identifier: AMF2009 / 1549 / 27b

**Be brief and concise in describing your grievance issue.** If you have any questions concerning the grievance procedure, refer to PD 03.02.130 and OP 03.02.130 available in the prison Law Library.

| Name (print first, last) | Number | Institution | Lock Number | Date of Incident | Today's Date |
|---|---|---|---|---|---|
| Robert Kissee | 575639 | AMF | 5-124 | 9-1-20 | 9-10-20 |

What attempt did you make to resolve this issue prior to writing this grievance? On what date? 9-9-20
If none, explain why. I sent 3 to 4 kites to units RUM & ADW of Baraga & have not receive no response to my issue

State problem clearly. Use separate grievance form for each issue. Additional pages, using plain paper, may be used. Four copies of each page and supporting documents must be submitted with this form. The grievance must be submitted to the Grievance Coordinator in accordance with the time limits of OP 03.02.130. I'm currently in unit 5 of Baraga Correctional Facility in GP a incentive program due to me being on STG I'm being told that I can't receive a TV but if I would go to seg I would be allowed to receive a TV as a part of the program so I'm being incentived 2 go the hole but with good behavior and earn my way to GP I'm told I can no longer partake in the program. It was to incentiveize good behavior but yet the opposist iz being done I'm currently 16 months ticket free with 21 points going home in 3 months. My relief I want to be allowed to receive a program TV and use the incentive phone that iz being accuased for my productive behavior as the program intents

RESPONSE (Grievant Interviewed? ☐ Yes ☒ No  If No, give explanation. If resolved, explain resolution.)

Your grievance is being rejected because you are grieving the content of administrative rules and Director's Office Memoranda (DOM 2011-6), which is a non-grievable issue according to PD 03.02.130. The incentives in GP program is a privilege not a right. You will receive an incentive TV when staff deems it appropriate and when one becomes available. Grievance rejected according to policy.

Respondent's Signature / 9/17/2020
Respondent's Name (Print): T. Hamel
Working Title: CRR

Reviewer's Signature / JA JA
Reviewer's Name (Print): JA JA
Working Title: ADW

Date: 9/18/20

Date Returned to Grievant: 9/21/2020
If resolved at Step I, Grievant sign here. Resolution must be described above.

DISTRIBUTION: White, Green, Canary, Pink — Process to Step One; Goldenrod — Grievant

Richards Bench Trials

Defs' Ex. E1
Page 7 of 7