# Defendant's Exhibit E2:

# AMF Grievance Summary Reports

# Prisoner Grievance Summary Report

| Grievance | Number | Name | Facility | Issue | I Recd | I Dec | II Recd | II Dec | III Recd | III Dec |
|---|---|---|---|---|---|---|---|---|---|---|
| 20182036 | 575639 | KISSEE | AMF | 28I | 8/15/2018 | x | | N | | |
| 20182049 | 575639 | KISSEE | AMF | 17Z | 8/17/2018 | d | | N | | |
| 20182142 | 575639 | KISSEE | AMF | 17B | 8/30/2018 | d | | N | | |
| 20200825 | 575639 | KISSEE | AMF | 12F3 | 5/11/2020 | d | 5/20/2020 | N | | |
| 20201549 | 575639 | KISSEE | AMF | 27B | 9/17/2020 | x | 9/29/2020 | x | 12/14/2020 | x |