# Defendant's Exhibit E3:

# PREA/AIM Database Search Results

