UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

KYLE B. RICHARDS,

    Plaintiff,

v.

GRETCHEN WHITMER, et al.,

    Defendants.
_____/

Case No. 2:20-cv-122

Hon. Hala Y. Jarbou

## ORDER

The magistrate judge has entered a Report and Recommendation that recommends denying Defendant Perttu's motion for summary judgment. (R&R, ECF No. 146.) No objections have been filed and the time for doing so has expired. On review, the Court concludes that the R&R correctly analyzes the issues and makes a sound recommendation.

Accordingly,

**IT IS ORDERED** that the R&R (ECF No. 146) is **APPROVED** and **ADOPTED** as the Opinion of the Court.

**IT IS FURTHER ORDERED** that Defendant Perttu's motion for summary judgment (ECF No. 80) is **DENIED**.

Dated:   January 27, 2022               /s/ Hala Y. Jarbou
                                                           HALA Y. JARBOU
                                                           UNITED STATES DISTRICT JUDGE